# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| NATIONAL CENTER FOR PUBLIC POLICY RESEARCH,<br><br>                Plaintiff,<br><br>     -vs-<br><br>HOWARD SCHULTZ, STARBUCKS CORPORATION, KEVIN JOHNSON, JOHN CULVER, RACHEL RUGGERI, TED ADAMS, TYSON AVERY, KELLY BENGSTON, BRADY BREWER, DENNIS BROCKMAN, GEORGE DOWDIE, JEN FRISCH, SHANNON GARCIA, RACHEL GONZALEZ, ZABRINA JENKINS, A.J. JONES, II, SARA KELLY, JENNIFER KRAFT, ANGELA LIS, CARL MOUNT, DENISE NELSON, ANJU RAO, KYNDRA RUSSELL, DEBBIE STROUD, ROSANN WILLIAMS, GINA WOODS, MELLODY HOBSON, RICHARD E. ALLISON, JR., ANDREW CAMPION, MARY N. DILLON, ISABEL GE MAHE, JORGEN VIG KNUDSTORP, SATYA NADELLA, JOSHUA COOPER RAMO, CLARA SHIH, AND JAVIER G. TERUEL,<br><br>                Defendants. | Case No.      2:22-CV-267-SAB<br><br>**CIVIL MINUTES**<br><br>DATE:        AUGUST 11, 2023<br><br>LOCATION:  BY VIDEO CONFERENCE<br><br>**MOTION HEARING** |

| **Chief Judge Stanley A. Bastian** | | |
|---|---|---|
| Michelle Fox | 02 | Marilynn McMartin |
| **Courtroom Deputy** | **Law Clerk** | **Court Reporter** |

**[X]  ORDER FORTHCOMING**

| **CONVENED:  9:30 A.M.** | **ADJOURNED: 10:13 A.M.** | **TIME:  43 MIN.** | **CALENDARED     [ X ]** |
|---|---|---|---|

*Natl Center for Public Policy   –vs-   Schultz, et al.*   August 11, 2023
2:22-CV-267-SAB   Page 2
Motion Hearing

|  |  |
|---|---|
| Joel Ard<br>Daniel Morenoff<br><br>**Plaintiff's Counsel** | Stephanie Lynn Jensen<br>Gregory Watts<br>Brittany Moore<br><br>**Defendants' Counsel** |

[ ]  Open Court            [ ]  Chambers            [ X ]  Telecon/Video

Motion to Dismiss, ECF Nos. 19, 20
Motion for Judicial Notice, ECF No. 21

Court addresses counsel.

G. Watts presents argument on Motion to Dismiss.

D. Morenoff presents argument against Motion to Dismiss.
    Court questions counsel regarding DEI.  Do you have any cites?
    D. Morenoff continues argument.
    Court questions counsel.
    D. Morenoff continues argument.
    Court questions counsel.  Why should this Court handle this matter.
    D. Morenoff continues argument.

G. Watts rebuttal argument.

**Court rules on Motion.  Court GRANTS Motion with prejudice.   Court will issue an Order.**

Court asks if fees will be filed?
    G. Watts will be conferring with client to decide if a motion will be filed.