AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 12, 2023

SEAN F. MCAVOY, CLERK

National Center for Public Policy Research

_____
*Plaintiff*

v.

Howard Schultz, Starbucks Corporation, Kevin Johnson, John Culver, Rachel Ruggeri, Ted Adams, Tyson Avery, Kelly Bengston, Brady Brewer, Dennis Brockman, George Dowdie, Jen Frisch, Shannon Garcia, Rachel Gonzalez, Zabrina Jenkins, A.J. Jones, II, Sara Kelly, Jennifer Kraft, Angela Lis, Carl Mount, Denise Nelsen, Anju Rao, Kyndra Russell, Debbie Stroud, Rossann Williams, Gina Woods, Mellody Hobson, Richard E Allison, Jr., Andrew Campion, Mary N Dillon, Isabel Ge Mahe, Jorgen Vig Knudstorp, Satya Nadella, Joshua Cooper Ramo, Clara Shih and Javier G Teruel.
*Defendants*

)
)
)
)
)
)

Civil Action No.   2:22-cv-00267-SAB

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏  the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❏  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑  other:   Defendant Starbucks Corporation's Motion to Dismiss Complaint, ECF No. 19, is GRANTED with prejudice. Individual Defendants' Motion to Dismiss Complaint, ECF No. 20, is GRANTED in part with prejudice and DISMISSED as moot as to Defendants' Rule 12(b)(6) assertion.
Defendants' Request for Judicial Notice and Notice of Incorporation by Reference in Support of Defendants' Motions to Dismiss Complaint, ECF No. 21, is GRANTED. Judment is entered for Defendants.

This action was *(check one)*:

❏  tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

❏  tried by Judge _____ without a jury and the above decision was reached.

☑  decided by Judge     Stanley A. Bastian _____

Date:  9/12/2023 _____

CLERK OF COURT

SEAN F. McAVOY _____

s/ Nicole Cruz _____
*(By) Deputy Clerk*

Nicole Cruz _____